United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRELL WALLACE | § | |
| | § | |
| vs | § | CIVIL ACTION NO. H-23-4853 |
| | § | |
| MARTIN O'MALLEY | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff Darrell Wallace's Motion for Clarification and Amendment of Remand Order. (Doc. No. 15), Defendants' Response (Doc. No. 19); and Magistrate Judge Richard W. Bennett's Memorandum and Recommendation (Doc. No. 18) that the Court deny the Motion for Clarification and Amendment of Remand Order. Plaintiff filed Objections (Doc. No. 19) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Plaintiff's Objections (Doc. No. 19) are **OVERRULED**, the Memorandum and Recommendation (Doc. No. 18) is **ADOPTED,** and Plaintiff's Motion for Clarification and Amendment of Remand Order (Doc. No. 15) is **DENIED.**

SIGNED this 3rd day of January, 2025

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE