United States District Court
Southern District of Texas
**ENTERED**
January 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRELL WALLACE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-4853 |
| | § | |
| MARTIN O'MALLEY, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant Martin O'Malley's Motion for Summary Judgment (Doc. No. 6) and the Magistrate Judge's Memorandum and Recommendation (Doc. No. 14) concluding that the Court should grant in part and deny in part the Motion for Summary Judgment. Plaintiff filed Objections (Doc. No. 19) to the Memorandum and Recommendation, which were overruled in a previous order. (Doc. No. 20).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation is **ADOPTED**. (Doc. No. 14)

SIGNED this 14th day of January, 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE