United States District Court
Southern District of Texas
**ENTERED**
April 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARRELL WALLACE | § |
| | § |
| vs | §   CIVIL ACTION NO. H-23-4853 |
| | § |
| MARTIN O'MALLEY | § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff Darrell Wallace's Motion for Attorney Fees (Doc. No. 22), which contains a certification that Defendant does not oppose the Motion, and Plaintiff's Motion for Final Judgment (Doc. No. 17); and Magistrate Judge Richard W. Bennett's Memorandum and Recommendation (Doc. No. 23) that the Court grant the Motion for Attorney Fees and deny as moot the Motion for Final Judgment. Neither party filed objection to the Memorandum and Recommendation and the time for doing so has passed.

The Court has carefully reviewed the filings, the applicable law, and the Magistrate Judge's Memorandum and Recommendation, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 23) is **ADOPTED**, Plaintiff's Motion for Attorney Fees (Doc. No. 22) is **GRANTED**. Plaintiff is awarded the sum of $7,368.00 in attorney's fees payable directly to Plaintiff's counsel subject to any administrative offset as a result of Plaintiff's outstanding federal debt, if any exists. It is further

**ORDERED** that Plaintiff's Motion for Final Judgment (Doc. No. 17) is **DENIED as MOOT**.

SIGNED this 24th day of April 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE