United States District Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRELL WALLACE, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CIVIL ACTION NO. 4:23-cv-4853 |
| MARTIN O'MALLEY, | § § § | |
| *Defendant.* | § § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is Plaintiff Darrell Wallace's ("Plaintiff") Motion for Attorney's Fees (Doc. No. 22), Motion for Final Judgment (Doc. No. 17), and Magistrate Judge Richard W. Bennett's Memorandum and Recommendation (Doc. No. 23) that the Court grant Plaintiff's Motion for Attorney's Fees in the amount of $7,368.00 and deny as moot Plaintiff's Motion for Final Judgment. Neither party filed objections. After a *de novo* review of the filings, the applicable law, and Judge Bennett's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Attorney's Fees is **GRANTED** in the amount of **$7,368.00**, and Plaintiff's Motion for Final Judgment is **DENIED** as moot.

Signed on this 25 day of April, 2025.

Andrew S. Hanen
United States District Judge